**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOSEPH LARUE RICHTER, M.D.,**

    **Plaintiff,**

v.                                              **Case No. 8:05-cv-2153-T-17TBM**[1]

**HOME DEPOT U.S.A., INC. and**
**DELTA INTERNATIONAL**
**MACHINERY CORPORATION,**

    **Defendants.**
                                            /

**O R D E R**

THIS MATTER is before the court on **Defendant Home Depot U.S.A., Inc.'s Motion to Compel Discovery and Award Sanctions** (Doc. 12). By its motion, Defendant seeks an Order, pursuant to Federal Rule of Civil Procedure 37(a), compelling Plaintiff to respond to Home Depot's First Set of Interrogatories and First Request to Produce, which were served on February 8, 2006, as well as Home Depot's Request for Expert Production, which was served on March 10, 2006. Defendant indicates that, to date, Plaintiff has not responded to these discovery requests. Defendant indicates further that, as a result of Plaintiff's failure to respond to this discovery, it was forced to cancel Plaintiff's deposition, which was scheduled for April 26, 2006. Defendant seeks the fees and costs it incurred in bringing its motion. Plaintiff has not filed a response in opposition, and thus, the motion is deemed unopposed. See M.D. Fla. R. 3.01(b).

Accordingly, it is **ORDERED** that **Defendant Home Depot U.S.A., Inc.'s Motion to Compel Discovery and Award Sanctions** (Doc. 12) is **GRANTED** to the extent that

---

[1] Defendant's motion incorrectly references Case No. 8:05-cv-2153-T-17MAP.

Plaintiff shall, within ten (10) days from the date of this Order, serve on Defendant complete answers to Home Depot's First Set of Interrogatories and responses to Home Depot's First Request to Produce.  In light of the expert deadlines set forth in the parties' Case Management Report (Doc. 7 at 4), Defendant's motion to compel responses to its Request for Expert Production appears premature.  Thus, that aspect of the motion, is **DENIED without prejudice**.  Defendant's request for fees and costs also is **DENIED without prejudice** should Plaintiff fail to timely comply with this Order.

**Done and Ordered** in Tampa, Florida, this 13th day of June 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record