## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**JOSEPH LARUE RICHTER, M.D.,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No.  8:05-cv-2153-T-17TBM**

**HOME DEPOT U.S.A., INC., and**
**DELTA INTERNATIONAL**
**MACHINERY CORPORATION,**

        **Defendants.**

_____/

## O R D E R

THIS MATTER is before the court on **Defendant Home Depot, U.S.A., Inc.'s**

**Motion for Sanctions** (Doc. 17).  By its motion, Defendant seeks an Order, pursuant Fed. R.

Civ. P. 37 and 41, sanctioning Plaintiff for violating this court's Order dated June 13, 2006.[1]

Defendant urges the court to dismiss this action with prejudice and order Plaintiff and/or his

attorney[2] to pay its reasonable expenses, including attorney's fees and costs, incurred as a

result of Plaintiff's noncompliance.  Plaintiff has failed to file a response in opposition, and

thus, the motion is deemed unopposed.  See M.D. Fla. R. 3.01(b).

_____

[1]By this Order, Plaintiff was directed to respond within ten days to Home Depot's First
Set of Interrogatories and First Request to Produce.  (Doc. 16).

[2]A review of this court's roster reflects that Plaintiff's attorney, E.C. Watkins, Jr., is
not a member of the Middle District of Florida.  Pursuant to Local Rule 2.01, "No person shall
be permitted to appear or be heard as counsel for another in any proceeding in this Court
unless first admitted to practice in the Court pursuant to this rule (or heretofore admitted
under prior rules of the Court.).  M.D. Fla. R. 2.01(a).

Upon consideration, the Defendant's motion (Doc. 17) is **GRANTED** in part and **DENIED** in part.  Defendant's request for Rule 37 sanctions, in particular, the request for attorney's fees and costs associated with Plaintiff's failure to participate in discovery and comply with this court's Order (Doc. 16), is **GRANTED**.  Within fifteen (15) days from the date of this Order, counsel for the Defendant shall submit an affidavit of his costs and expenses associated with the bringing its instant motion (Doc. 17), as well as its motion to compel (Doc. 12).  Defendant's request for an Order dismissing this action is **DENIED without prejudice**.

  **Done and Ordered** in Tampa, Florida, this 22nd day of August 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

2