**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOSEPH LARUE RICHTER, M.D.,**

       **Plaintiff,**

**v.**                                    **Case No. 8:05-cv-2153-T-17TBM**

**HOME DEPOT U.S.A., INC., and**
**DELTA INTERNATIONAL**
**MACHINERY CORPORATION**

       **Defendants.**
_____/

**O R D E R**

THIS MATTER is before the court *sua sponte*.  Previously, the court granted in part

Defendant Home Depot U.S.A., Inc.'s Motion for Sanctions (Doc. 17).  See (Doc. 19).  In

ruling on the motion, the court granted Defendant's request for reasonable fees and costs, and

directed Defendant's counsel to file an affidavit for the court's consideration detailing the fees

and costs associated with its Motion for Sanctions (Doc. 17) and its Motion to Compel (Doc.

12).  Id.  Defendant's counsel has now filed such an affidavit, requesting a total of $3,123.50

in fees and $23.90 in costs.  See (Doc. 22, attachment).  The Plaintiff has not filed any

objections regarding the fees sought.

Rule 37 provides generally for sanctions against parties or persons unjustifiably

resisting discovery.  Rule 37(a)(4)(A) provides in pertinent part:

> If the motion [to compel] is granted . . ., the court shall, after
> affording an opportunity to be heard, require the party . . . whose
> conduct necessitated the motion or the party or attorney advising
> such conduct or both of them to pay to the moving party the

> reasonable expenses incurred in making the motion, including attorney's fees, unless the court finds that the motion was filed without the movant's first making a good faith effort to obtain the disclosure or discovery without court action, or that the opposing party's nondisclosure, response, or objection was substantially justified, or that other circumstances make an award of expenses unjust.

Thus, under certain circumstances, the court must award reasonable expenses, including attorney's fees, for a party's failure to participate in discovery.

Having already concluded that Defendant is entitled to reasonable fees incurred in filing its Motion for Sanctions and Motion to Compel, the court has examined the affidavit of fees and costs submitted by defense counsel and concludes that, except for the total hours requested by "MCM" for preparation and revision of the Motion for Sanctions, the time expended appears reasonable. With regards to the request for 16.1 hours of work by MCM on the motion, the request appears excessive in light of the work performed and is accordingly reduced by one-third (5.36 hours/$750.40).

Accordingly, Plaintiff is hereby **ORDERED** to pay Defendant Home Depot U.S.A., Inc., $2,373.10 for the fees their counsel incurred in bringing the above referenced motions, as well as $23.90 in costs.

**Done and Ordered** in Tampa, Florida, this 2nd day of October 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

2