UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH LARUE RICHTER, M.D.,

    Plaintiff,

v.                                                      Case No. 8:05-cv-2153-T-17TBM

HOME DEPOT U.S.A., INC. and
DELTA INTERNATIONAL
MACHINERY CORPORATION,

    Defendants.
                                                  /

**O R D E R**

      THIS MATTER is before the court *sua sponte*. Plaintiff's attorney, E. C. Watkins, Jr., filed this action in November 2005. (Doc. 1). After Plaintiff failed to comply with this court's June 13, 2006, Order (Doc. 16) on Defendant's motion to compel discovery, Defendant sought sanctions. Thereafter, the court became aware that Mr. Watkins was not a member of the Middle District of Florida. The court conducted a hearing to address that and other matters on August 31, 2006. At the hearing, Mr. Watkins indicated that it had been his belief that he was still a member in good standing of this court's bar. The court then advised Mr. Watkins to complete his paperwork for readmittance within ten (10) days. It subsequently was brought to the court's attention that while Mr. Watkins had submitted an application for readmittance, his sponsor was not a member in good standing of the Middle District of Florida. More importantly, however, the court also became aware that Mr. Watkins was not listed as a member of the Florida bar. A telephonic hearing to address Mr. Watkins' status to

practice law was conducted on November 2, 2006.[1] Mr. Watkins confirmed at this time that he was not, at present, a member of the Florida Bar or of the Middle District of Florida.

Accordingly, Mr. Watkins is hereby removed from representation of the Plaintiff and is withdrawn as Plaintiff's attorney of record. The Clerk is directed to terminate Mr. Watkins on the docket. The Plaintiff, Dr. Joseph Larue Richter, is directed to continue with the prosecution of this cause and to obtain substitute counsel within thirty (30) days of the date of this Order or to file a notice of intent to proceed *pro se*.

**Done and Ordered** in Tampa, Florida, this 2nd day of November 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge
Counsel of Record
Dr. Joseph Larue Richter, 2007 West Reynolds St., Plant City Florida 33563

---

[1] Notice of this hearing was also sent to Mr. Watkins' client, Dr. Joseph Larue Richter.