UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOSEPH LARUE RICHTER, M.D.,**

    **Plaintiff,**

v.                                                    Case No. 8:05-cv-2153-T-17TBM

**HOME DEPOT U.S.A., INC., and
DELTA INTERNATIONAL
MACHINERY CORPORATION,**

    **Defendants.**
                                              /

**O R D E R**

THIS MATTER is before the court on **Defendant's Motion to Compel Plaintiff's Initial Disclosures and for Sanctions** (Doc. 37). By its motion, Defendant, Home Depot U.S.A., Inc., seeks an Order, pursuant to Federal Rule of Civil Procedure 37(a), compelling Plaintiff to immediately produce his initial disclosures.[1] As sanctions, Defendant seeks the fees and costs incurred in bringing the instant motion and/or an Order dismissing the action in its entirety.[2] Plaintiff has not filed a response in opposition, and thus, the motion is deemed unopposed.[3] See M.D. Fla. R. 3.01(b).

Accordingly, **Defendant's Motion to Compel Plaintiff's Initial Disclosures and for Sanctions** (Doc. 37) is **GRANTED** to the extent that Plaintiff shall, within five (5) days from

---

[1] The discovery cut-off in this case is June 29, 2007. See (Doc. 9).

[2] Defendant's counsel states that he has written to opposing counsel in an attempt to resolve the issue. (Doc. 37 at 2-3). The local rule, however, contemplates that counsel will speak to one another prior to filing a motion. M.D. Fla. R. 3.01(g).

[3] Discovery was stayed from April 2, 2007, to April 19, 2007. See (Docs. 41, 44). Giving Plaintiff the benefit of the doubt, his response was due on or before May 9, 2007.

the date of this Order, serve on Defendant his Rule 26(a) disclosures.  Defendant's request for fees and costs is **DENIED without prejudice** should Plaintiff fail to timely comply with this Order.  Defendant's request for an Order dismissing this action is also **DENIED without prejudice**.

**Done and Ordered** in Tampa, Florida, this 10th day of May 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record